# Third District Court of Appeal

## State of Florida

Opinion filed January 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1862
Lower Tribunal No. 15-28299
_____

**Miami-Dade County,**
Appellant,

vs.

**Gisela Saenz, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Richard Schevis, Assistant County Attorney, for appellant.

The Billbrough Firm, P.A., and G. Bart Billbrough, for appellee.

Before FERNANDEZ, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 768.20, Fla. Stat. (2015) ("The [wrongful death] action shall be brought by the decedent's personal representative, who shall recover for the benefit of the decedent's survivors and estate all damages, as specified in this act, caused by the injury resulting in death.").